EDWARD S. YEOMANS & another *vs.* FRANK HEATH
& another.

Suffolk.    January 21, 1904. — February 26, 1904.

Present: KNOWLTON, C. J., LATHROP, BARKER, HAMMOND, & BRALEY, JJ.

*Wagering Contracts.    Constitutional Law.*

The right given by St. 1890, c. 437, to recover money paid on wagering contracts
lawfully could be and was restricted as to existing causes of action by St. 1901,
c. 459.  Following *Wilson* v. *Head*, 184 Mass. 515.

CONTRACT, under St. 1890, c. 437, for money alleged to have
been paid on wagering contracts between April 15 and May 1,
1901,* alleging, that the plaintiffs contracted with the defend-
ants to buy and sell upon margin certain securities and com-
modities, having at the time of the contract no intention of
performing the same by the actual receipt or delivery of the
securities or commodities and the payment of the price, and
that the defendants had reasonable cause to believe that no in-
tention to actually perform the contract existed.  Writ in the
Municipal Court of the City of Boston dated January 9, 1902.

On appeal to the Superior Court the case was heard on an
agreed statement of facts by *Holmes,* J., without a jury.  The
agreed statement of facts disclosed no affirmative intention of
the plaintiffs at the time of the contract that there should be
no actual purchase or sale of securities.  The judge found for
the plaintiffs and assessed damages in the sum of $1,256.15.
Judgment was entered for the plaintiffs; and the defendants
appealed.

*W. H. Irish,* for the plaintiffs.

*J. Cavanagh,* for the defendants.

KNOWLTON, C. J.  The case as stated in the agreed state-
ment of facts and in the plaintiffs' declaration is within the
St. 1890, c. 437, but is not within the law as amended by St.
1901, c. 459.  This amendment deprived the plaintiffs of the
right of recovery which they previously had.  The case is cov-
ered by the decision in *Wilson* v. *Head,* 184 Mass. 515.

---

* St. 1901, c. 459, took effect on June 5, 1901.

Assuming, as we must for the purpose of this decision, that the agreed statement of facts correctly presents the case, the entry should be,

*Judgment for the defendants.*